IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CT-3043-D

| KAMAL PATEL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

No. 5:07-CT-3044-D

| KAMAL PATEL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES BUREAU OF PRISONS, et al., | ) | |
| Defendants. | ) | |

On February 28, 2008, Kamal Patel ("plaintiff") filed a motion to transfer this case to the United States District Court for the Northern District of Texas [D.E. 175], and defendants responded [D.E. 176]. On March 26, 2008, plaintiff filed a motion to withdraw his motion to transfer [D.E. 181]. On the same date, plaintiff filed a motion to sever this consolidated case and to transfer case number 5:07-CT-3043 [D.E. 182] to either the United States District Court for the Eastern District of Arkansas or the United States District Court for the Northern District of Texas. Respondent filed a response to plaintiff's motion to sever [D.E. 201]. On April 16, 2008, plaintiff filed a motion notifying the court that he would like to withdraw all of his previously-filed transfer requests [D.E.

202]. Finally, plaintiff filed two motions to schedule this case for trial [D.E. 179, 192].

As for plaintiff's motion to withdraw all of his previously filed transfer requests, the court grants plaintiff's motion. Accordingly, plaintiff's motion to transfer, his first motion to withdraw, and his motion to sever are denied as moot.

Plaintiff also requests that this court schedule a trial in this case. If a trial is needed, the court will set a trial date at the appropriate time. Plaintiff's motions to schedule a trial are denied.

In sum, plaintiff's motion to withdraw all of his previously filed transfer requests [D.E. 202] is GRANTED. Accordingly, plaintiff's motion to transfer [D.E. 175], his first motion to withdraw [D.E. 181], and his motion to sever [D.E. 182] are DENIED as moot. Plaintiff's motions to schedule this case for trial [D.E. 179 & 192] are DENIED.

SO ORDERED. This 19 day of May 2008.

JAMES C. DEVER III
United States District Judge